IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JORDAN EMANUEL,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>ANGELINA HARRON, and<br>EMG MODELS INC.<br>　　　　　　　　Defendant. | Case No. **23-cv-4211**<br><br>NOTICE OF MOTION |

**PLEASE TAKE NOTICE** that upon the declaration of Tyrone A, Blackburn, Esq, dated July 20, 2023, the accompanying declaration, and upon all papers and proceedings in this matter, plaintiff Jordan Emanuel will move this Court, Hon. John P. Cronan, U.S.D.J., Courtroom 12D, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, on September 1, 2023, or as soon after that as counsel can be heard, for an order, according to Federal Rule of Civil Procedure 55(b)(2), for the Court to enter a judgment of default against Angelina Harron, and EMG Models, Inc.

Dated:　　　July 20, 2023
　　　　　　Brooklyn, New York

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　Tyrone A. Blackburn, Esq.
　　　　　　　　　　　　　　　　　　　　T. A. Blackburn Law, PLLC.
　　　　　　　　　　　　　　　　　　　　1242 E. 80th Street, 3rd Fl
　　　　　　　　　　　　　　　　　　　　Brooklyn, NY 11236
　　　　　　　　　　　　　　　　　　　　P: 347-342-7432