```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
JORDAN EMANUEL,                                                        :
                                                                       :
                                    Plaintiff,                         :
                                                                       :         23 Civ. 4211 (JPC)
                -v-                                                    :
                                                                       :              ORDER
ANGELINA HARRON and EMG MODELS, INC.,                                  :
                                                                       :
                                    Defendants.                        :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

  The default judgment hearing scheduled for August 24, 2023 is adjourned *sine die*.  By August 31, 2023, Plaintiff shall submit a brief addressing the following topics.  First, the content of any agreement between Plaintiff and either Defendant pursuant to which Defendants acted as Plaintiff's agent, including but not limited to whether Defendants were authorized to renew the agreement at issue in this case.  Second, whether and which statements alleged in the Complaint were made to Plaintiff that might support her fraud claim.  Third, whether service of Defendant Angelina Harron was valid given that the address at which Harron was apparently served was a "virtual office and mailbox rental space," Dkt. 4, and addressing whether this location was Harron's "dwelling or usual place of abode," *see* Fed. R. Civ. P. 4(e)(2)(B), or "actual place of business, dwelling place, or usual place of abode," *see* N.Y. C.P.L.R. § 308(2).  The Court will reschedule the hearing, if appropriate, after receipt of Plaintiff's filing.

  SO ORDERED.

Dated: August 18, 2023  
   New York, New York  
                        JOHN P. CRONAN  
                        United States District Judge