```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
JORDAN EMANUEL,                                                        :
                                                                       :
                              Plaintiff,                               :
                                                                       :            23 Civ. 4211 (JPC)
            -v-                                                        :
                                                                       :                 ORDER
ANGELINA HARRON et al.,                                                :
                                                                       :
                              Defendants.                              :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

      In light of Defendants' letter, Dkt. 19, the hearing previously scheduled for October 11, 2023, Dkt. 16, is adjourned *sine die*.  Plaintiff shall respond to Defendants' letter by September 27, 2023.  The Clerk of Court is respectfully directed to close Docket Number 19.

      SO ORDERED.

Dated: September 20, 2023
       New York, New York

                                               JOHN P. CRONAN
                                               United States District Judge